468 A.2d 840

Commonwealth v. Summa, Appellant.

Submitted October 20, 1983.   Charles R. Witaconis, Assistant Public

Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

The judgment of sentence of learned Lackawanna County Common Pleas Court Judge James M. Munley is affirmed.